**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03044-REB-KMT

MAURICE G. CARTER,

    Plaintiff,

v.

ELAN FINANCIAL SERVICES d/b/a
CARD MEMBER SERVICES,

    Defendant.

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff MAURICE G. CARTER, and the Defendant, U.S. BANK NATIONAL ASSOCIATION, named as ELAN FINANCIAL SERVICES d/b/a CARD MEMBER SERVICES ("U.S. BANK NATIONAL ASSOCIATION"), through their respective counsel that the above-captioned action is dismissed, with prejudice, against U.S. BANK NATIONAL ASSOCIATION, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 12, 2019                                     Respectfully Submitted,

| **MAURICE G. CARTER** | **U.S. BANK NATIONAL ASSOCIATION** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Megan M. Farooqui (*with consent*) |
| *Nathan C. Volheim* | *Megan M. Farooqui* |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Faegre Baker Daniels LLP |
| 2500 S. Highland Avenue, Suite 200 | 1470 Walnut Street, Suite 300 |
| Lombard, Illinois 60148 | Boulder, CO 80302 |
| Phone: (630) 575-8181 | Phone: (303) 447-7737 |

2

Fax :(630) 575-8188                                              megan.farooqui@faegrebd.com
thatz@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim