**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action 18-cv-03044-REB-KMT

MAURICE G. CARTER,

      Plaintiff,

v.

ELAN FINANCIAL SERVICES,
      d/b/a Card Member Services,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on **Agreed Stipulation of Dismissal with Prejudice** [#23][1] filed August 12, 2019.  After reviewing the motion and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Agreed Stipulation of Dismissal with Prejudice** [#23], filed August 12, 2019, is approved;

2. That the claims of the plaintiff against the defendant are dismissed with prejudice, with each party to pay their own attorney fees and costs;

3. That all hearings and deadlines are vacated, including the combined final pretrial/trial preparation conference set December 19, 2019, and jury trial set to

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

commence January 6, 2020; and

    4.  That this case is closed.

Dated August 12, 2019, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge